## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Helena Christine Williams-Murphy fka Helena Lezama aka Helena Williams | |
| Debtor(s) | CHAPTER 13 |
| | |
| US Bank National Association, not in its inidivdual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 | |
| Movant | NO. 15-05285 RNO |
| vs. | |
| Helena Christine Williams-Murphy fka Helena Lezama aka Helena Williams | |
| Debtor(s) | Related to Claim No. 9 |
| | |
| Charles J. DeHart, III Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of US Bank National Association, not in its individual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1, which was filed with the Court on or about **5/9/19**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

May 9, 2019