# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HELENA CHRISTINE WILLIAMS-MURPHY         Case No.: 5-15-05285-RNO
                                          Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

Creditor Name: SELENE FINANCE, LP
Court Claim Number: 09
Last Four of Loan Number: 4778/PRE ARREARS/144 HUNTER LN
Property Address if applicable: 144 HUNTER LN, , ALBRIGHTSVILLE, PA18210-3817

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $15,151.68
b. Prepetition arrearages paid by the Trustee: $15,151.68
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $15,151.68

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA  17036
           Phone:  (717) 566-6097
           Fax:  (717) 566-8313
           eMail:  dehartstaff@pamd13trustee.com

Creditor Name: SELENE FINANCE, LP
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1151987 | 07/07/2016 | $815.58 | $0.00 | $815.58 |
| 5200 | 1155051 | 09/01/2016 | $424.35 | $0.00 | $424.35 |
| 5200 | 1156692 | 10/05/2016 | $429.75 | $0.00 | $429.75 |
| 5200 | 1158277 | 11/02/2016 | $852.30 | $0.00 | $852.30 |
| 5200 | 1161192 | 01/12/2017 | $845.10 | $0.00 | $845.10 |
| 5200 | 1164254 | 03/09/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1165875 | 04/12/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1167425 | 05/11/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1169006 | 06/13/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1171916 | 08/10/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1173439 | 09/19/2017 | $1,267.65 | $0.00 | $1267.65 |
| 5200 | 1174959 | 10/11/2017 | $422.55 | $0.00 | $422.55 |
| 5200 | 1177687 | 12/05/2017 | $841.50 | $0.00 | $841.50 |
| 5200 | 1179123 | 01/11/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1181847 | 03/08/2018 | $841.50 | $0.00 | $841.50 |
| 5200 | 1183228 | 04/03/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1186364 | 05/15/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1187608 | 06/07/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1189045 | 07/12/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1191698 | 09/06/2018 | $420.75 | $0.00 | $420.75 |
| 5200 | 1193062 | 10/10/2018 | $841.50 | $0.00 | $841.50 |
| 5200 | 1194409 | 11/08/2018 | $418.95 | $0.00 | $418.95 |
| 5200 | 1195821 | 12/13/2018 | $418.95 | $0.00 | $418.95 |
| 5200 | 1197186 | 01/10/2019 | $418.95 | $0.00 | $418.95 |
| 5200 | 1199556 | 03/12/2019 | $837.90 | $0.00 | $837.90 |
| 5200 | 1200945 | 04/11/2019 | $418.95 | $0.00 | $418.95 |
| 5200 | 1202265 | 05/09/2019 | $418.95 | $0.00 | $418.95 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HELENA CHRISTINE WILLIAMS-MURPHY  Case No.: 5-15-05285-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PATRICK J BEST, ESQUIRE<br>ANDERS RIEGEL & MASINGTON<br>18 N 8TH STREET<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| SELENE FINANCE<br>9990 RICHMOND AVENUE<br>HOUSTON, TX, 77042 | SERVED BY 1ST CLASS MAIL |
| HELENA CHRISTINE WILLIAMS-MURPHY<br>144 HUNTER LN<br>ALBRIGHTSVILLE, PA 18210-3817 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com