United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 15-05285-HWV
Helena Christine Williams-Murphy     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: May 17, 2021    Form ID: fnldec    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Helena Christine Williams-Murphy, 144 Hunter Ln, Albrightsville, PA 18210-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor US Bank National Association  not in its inidivdual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Seneca Mortgage Servicing  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee of OWS REMIC Trust 2015-1 pa-bk@logs.com |
| Kevin S Frankel | on behalf of Creditor Selene Finance LP  et al pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Selene Finance LP  et al pabk@logs.com, klittle@logs.com;logsecf@logs.com |

Lara Shipkovitz Martin
   on behalf of Creditor U.S. Bank National Association lmartin@bernsteinlaw.com
   cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Lara Shipkovitz Martin
   on behalf of Creditor U.S. Bank National Association  not in its individual Capacity but solely as Trustee of OWS REMIC Trust 2015-1 lmartin@bernsteinlaw.com,
   cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

LeeAne O Huggins
   on behalf of Creditor Seneca Mortgage Servicing  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee of OWS REMIC Trust 2015-1 pabk@logs.com

Matthew Christian Waldt
   on behalf of Creditor U.S. Bank National Association  not in its individual Capacity but solely as Trustee of OWS REMIC Trust 2015-1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Patrick James Best
   on behalf of Debtor 1 Helena Christine Williams-Murphy patrick@armlawyers.com
   kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Rebecca Ann Solarz
   on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkgroup@kmllawgroup.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

William E. Craig
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Helena Christine Williams−Murphy, aka Helena Williams, fka Helena Lezama, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−05285−HWV |

Social Security No.:
xxx−xx−1972

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 17, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (10/20)